UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BENJAMIN WILLIAMS, | |
| Plaintiff, | |
| v. | 20 CV 01537 |
| THOMAS J. DART, et al., | Judge Sara Ellis |
| Defendants. | Magistrate Judge |

To: Steven A. Block
Tammy Eason
Holland & Knight LLP
150 N. Riverside Plaza, Suite 2700
Chicago, Illinois 60606
steven.block@hklaw.com
tammy.eason@hklaw.com

cc: John C. Coyne
Law Offices of John C. Coyne
53 West Jackson Blvd. Suite 1750
Chicago, IL 60604
jcc@johnccoynelaw.com

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on the 28th day of September 2023 at 1:45 p.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Sara Ellis; Court Room 1403 of the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois and present **DEFENDANTS' JOINT UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR FILING THEIR REPLY BRIEFS** a copy of which is served upon you.

Respectfully Submitted,

KIMBERLY M. FOXX
State's Attorney of Cook County

*By: /s/ Krystal R. Gonzalez*
Krystal R. Gonzalez
Attorney for Defendants Hughes, Spizzirri, Sheriff Dart, and Cook County
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-8132
krystal.gonzalez@cookcountyil.gov

1

## **CERTIFICATE OF SERVICE**

  I, Krystal R. Gonzalez, certify that I filed and served this Notice of Motion on all counsel and parties of record via the EC/CMF court filing system this 25th day of September 2023.

              /s/  *Krystal R. Gonzalez*
                 Krystal R. Gonzalez